# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

MANUEL SOTO-MENDEZ,

    Petitioner,

v.

WARDEN, FCI JESUP,

    Respondent.

2:25-cv-3

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant Respondent's Motion to Dismiss and to deny Petitioner Manuel Soto-Mendez's ("Soto-Mendez") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 9. Soto-Mendez did not file Objections to this Report and Recommendation, and the time to do so has elapsed. In fact, this Court's mailing was returned as undeliverable, with the notation: "Return to Sender, Attempted—Not Known, Unable to Forward."[1] Dkt. No. 10 at 8.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem,

---

[1] Soto-Mendez has not been in the Bureau of Prisons' custody since March 5, 2025, yet he failed to notify the Court of any change in his address. https://www.bop.gov/inmateloc/, search for Register Number 50220-069 (last visited Sept. 24, 2025). Soto-Mendez's failure to notify the Court of any change in address is in direct violation of this Court's Local Rules. Local R. 11.1.

Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT** Respondent's Motion to Dismiss and **DENY** Soto-Mendez's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. Nos. 1, 6. I **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Soto-Mendez *in forma pauperis* status on appeal.

**SO ORDERED**, this 25 day of September, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA